IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| NORTHWOOD MANAGEMENT GROUP, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 7:18-cv-82 ) |
| CRYSTAL V.L. RIVERS, *et al.*, | ) By: Elizabeth K. Dillon ) United States District Judge |
| Defendants/Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| GARY BOWMAN, *et al.*, | ) ) |
| Third-Party Defendants. | ) |

**ORDER OF REMAND**

For the reasons set forth in the accompanying memorandum opinion, the court GRANTS Rivers's *in forma pauperis* motion (Dkt. No. 1), and the court ORDERS that this action, Case No. 7:18-cv-82, be REMANDED to the Circuit Court for the City of Roanoke.

The clerk is directed to mail a copy of this order of remand and the memorandum opinion to the Clerk for the Circuit Court for the City of Roanoke, to Ms. Rivers, and to all counsel of record. The clerk is further directed to strike this case from the active docket of the court.

Entered: March 1, 2018.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge